UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-21820-CIV-MORENO**

RAUL HERNANDEZ,

    Plaintiff,

vs.

LAS MERCEDES RESTAURANT, INC., et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss (**D.E. No. 17**), filed on **August 18, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Defendants are thereby directed to file a separate answer to the complaint by **September 15, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this _3rd_ day of September, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record